## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**HOPE LUMBER & SUPPLY COMPANY, L.P.,**

    **Plaintiff,**

v.                                                  Case No.  8:05-cv-1558-T-30TGW

**SAN ANTONIO LUMBER COMPANY, INC., et al.,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff Hope Lumber & Supply Company, L.P.'s Motion to Stay Briefing on Defendants' Declaratory Judgment Action (Dkt. #58) and Supplement Noting Defendants' Objection to: Plaintiff Hope Lumber & Supply Company, L.P.'s Motion to Stay Briefing on Defendants' Declaratory Judgment Action (Dkt. #60).  The Court, having considered the motion, objection, and being otherwise advised in the premises, finds that Plaintiff's motion should be denied.

It is therefore ORDERED AND ADJUDGED that:

1.      Plaintiff Hope Lumber & Supply Company, L.P.'s Motion to Stay Briefing on Defendants' Declaratory Judgment Action (Dkt. #58) is DENIED.

2.    Plaintiff shall have seven (7) days from the date of the entry of this Order to file a responsive brief in opposition to Defendant's Memorandum of Law in Support of Declaratory Judgment (Dkt. #64).

**DONE** and **ORDERED** in Tampa, Florida on May 4, 2006.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1558.stay briefing.wpd